# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMES BRADSTREET

(Name and Address of Defendant)

**FILED**
MAY 20 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**05CR 453**

CRIMINAL COMPLAINT
MAGISTRATE JUDGE MASON
CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __6/3/2004__ in __Kendall__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felonies of Attempted Murder, Aggravated Battery and Armed Violence

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
   Official Title

facts:       **SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ■ Yes    ___ No

_Signature of Complainant_
**EILEEN L. SCHMIDT**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 20, 2005                                     at    Chicago, Illinois
Date                                                    City and State

MICHAEL T. MASON   United States Magistrate Judge
Name & Title of Judicial Officer                        Signature of Judicial Officer

**STATE OF ILLINOIS**     )
                          ) ss
**COUNTY OF COOK**        )

## A F F I D A V I T

I, EILEEN L. SCHMIDT, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation and have been so employed for approximately twenty-four years. I am currently assigned to the Chicago FBI's South Resident Agency in Orland Park, Illinois, and I am familiar with fugitive investigations. The information in this affidavit was provided to me by the Kendall County Sheriff's Office and Kendall County State's Attorney Tim McCann, or was obtained through my own investigation.

2. On September 9, 2003, PETER ROUSSEAU was attacked and stabbed in Plano, Illinois. JAMES BRADSTREET was developed as a suspect in that crime, and on September 10, 2003, the Circuit Court of Kendall County, Illinois, issued a warrant for his arrest after he was charged with Attempted Murder, Aggravated Battery and Armed Violence, all felonies.

3. On September 12, 2003, JAMES BRADSTREET was arrested by the Carroll City, Iowa, Police Department on the Kendall County charges. He had shaved off his goatee and dyed his hair red to avoid detection prior to being arrested.

4. In October, 2003, after being returned to Kendall County, JAMES BRADSTREET was released on bond after a June, 2004, trial date was set..

5. On June 3, 2004, the Circuit Court of Kendall County issued an arrest warrant for JAMES BRADSTREET when he failed to appear for his trial. A copy of the arrest warrant is attached to this affidavit.

6. Law enforcement officials have been unable to locate BRADSTREET in Illinois. BRADSTREET was known to frequent local establishments on a routine basis in the Kendall County

area but has not been at these locations.

7. Investigation has determined that around the time BRADSTREET failed to appear he was seen in the company of a woman named KRISTY ORMSBY. ORMSBY has been reported to the Plano Police Department as a "missing person endangered" by her family. ORMSBY has not contacted her family or her small child since June of 2004, around the time she was seen with BRADSTREET.

8. Based on the information contained in this affidavit, I believe JAMES BRADSTREET has fled the State of Illinois to avoid prosecution for attempted murder, aggravated battery and armed violence.

9. The Kendall County State's Attorney will extradite BRADSTREET upon his arrest.

EILEEN L. SCHMIDT
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed
before me this 20th day
of May, 2005

MICHAEL T. MASON
United States Magistrate Judge

THE PEOPLE OF THE STATE OF ILLINOIS

| GEN. NO. | |
|---|---|

**IN THE CIRCUIT COURT FOR**
**SS: THE SIXTEENTH JUDICIAL CIRCUIT**

KENDALL COUNTY, ILLINOIS
" FAILURE TO APPEAR "

** WARRANT **

TO ALL PEACE OFFICERS OF THE
STATE OF ILLINOIS - GREETINGS:

YOU ARE HEREBY COMMANDED TO ARREST
THE DEFENDANT DESIGNATED HEREIN AND
BRING SAID PERSON WITHOUT UNNECESSARY
DELAY BEFORE THE UNDERSIGNED JUDGE OF
THE CIRCUIT COURT FOR THE 16TH JUDI-
CIAL CIRCUIT

IN THE COURTROOM AND IN THE CITY OR
VILLAGE DESIGNATED HEREIN, OR IF I AM
ABSENT OR UNABLE TO ACT, BEFORE THE

NEAREST OR MOST ACCESSIBLE COURT IN
SAID COUNTY, TO ANSWER A CHARGE MADE
AGAINST SAID PERSON IN VIOLATION OF
THE ILLINOIS COMPILED STATUTES OR THE
ORDINANCES OF THE CITY OR VILLAGE SET
FORTH.
YOU ARE HEREBY DIRECTED TO HOLD
SAID PERSON TO BAIL IN THE AMOUNT SET
FORTH HEREIN ABOVE.

**DEFENDANT INFORMATION**

NAME (LAST): BRADSTREET  FIRST: JAMES A
STREET ADDRESS: 606 W JEFFERSON ST
CITY: YORKVILLE  STATE: IL  ZIP: 60560
DATE OF BIRTH: 3/27/1947
PHYSICAL DESCRIPTION: RACE W  SEX M  HEIGHT 6'0  WEIGHT 100  HAIR BLK  EYES BRN
DRIVERS LICENSE NBR: 5602-7416-7836  STATE OF ISSUE: IL

1. ALLEGED OFFENSE DESCRIPTION: VIOLATION OF BAIL/FAILURE
   720 5/2-1(a)(1) (Class X)

2. ALLEGED OFFENSE DESCRIPTION:

3. ALLEGED OFFENSE DESCRIPTION:

BAIL AMOUNT / ISSUE DATE / OFFENSE DATE / CASE TYPE: Pre-trial
BAIL AMOUNT: 150,000.00  Cash 10% Deposit

**COMPLAINANT'S INFORMATION**
NAME: KENDALL STATES ATTORNEY
STREET ADDRESS: KENDALL STATES ATTORNEY

**COURT LOCATION INFORMATION**
JUDGE: HON FRANKLIN BROWN  ARRESTING AGENCY: KENDALL STATES ATTORNEY

**NOTICE TO ARRESTING OFFICER**

PLEASE FILL OUT RETURN OF SERVICE ON REVERSE SIDE OF BOTH CIRCUIT CLERKS (PART 1) COPY AND POLICE RECORD (PART 2) COPY. IF PHOTO IS AVAILABLE PLEASE SUPPLY.

FOR ANY INFORMATION CONCERNING THE PROSECUTION OF THIS CASE, PLEASE CONTACT THE STATES ATTORNEYS OFFICE IN:
YORKVILLE, IL
PHONE NUMBER: (630) 553-4157

**CONFIRMED COPY**
**BECKY MORGANEGG**
_signature_
DEPUTY CLERK

ISSUED AT KENDALL COUNTY, ILLINOIS

SIGNED: _signature_
JUDGE

FORM NO. 691-C
REV 11/92

ORIGINAL CLERK'S COPY